**STATE of Missouri, Respondent,**

v.

**Carl PEARSON, Appellant.**

**No. ED 81424.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 22, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 19, 2003.

Application for Transfer Denied
Aug. 26, 2003.

Bradley S. Dede, Clayton, MO, David L. Thornton, St. Louis, MO, for appellant.

Timothy J. Lemen, Asst. Prosecuting Atty., Clayton, MO, for respondent.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., and BOOKER T. SHAW, J.

*ORDER*

PER CURIAM.

Carl Pearson appeals from a judgment entered upon a jury verdict finding him guilty of one count of assault in the third degree. He was ordered to pay a fine of $300. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).